# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Blake H. Moore, MD, FACS, Individually and as the Personal Representative of the Estate of Angela Lynn Moore, and Kingstree Surgical Associates, LLC., | )<br>)<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 4:05-2940-TLW |
| vs. | ) |
| Williamsburg Regional Hospital, <u>et</u>. <u>al</u>, | ) |
| Defendants. | ) |

## ORDER

The plaintiff, Blake H. Moore, filed this action on October 14, 2005. (Doc. #1). On September 21, 2007, this Court issued an order granting summary judgment in favor of the defendants. (Doc. #110). This Court issued an order granting an award of $25,000 in attorney's fees to the defendants on September 23, 2008. (Doc. #127).

This matter is before the Court for consideration of the plaintiff's "Motion to Stay Order of Execution of Judgment." (Doc. #133). In the motion, the plaintiff seeks to stay a state court action brought by Williamsburg Regional Hospital to collect an unpaid judgment of $20,456. (Doc. #133). Defendants Williamsburg Regional Hospital and John Hales filed a response in opposition to the plaintiff's motion to stay the collection action. (Doc. #135).

The Court has fully reviewed the motion in connection with the record in this case. The Court finds no basis to stay a collection action in state court related to the underlying federal suit. For this reason, the plaintiff's "Motion to Stay Order of Execution of Judgment" is **DENIED**. (Doc. #133).

**IT IS SO ORDERED.**

s/Terry L. Wooten<br>United States District Judge

February 3, 2010
Florence, South Carolina